IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JESUS RIVERA,** *et al.***,**

      **Plaintiffs,**

v.                                No. 3:23-CV-24547-TKW-HTC

**FEDERAL BUREAU OF
INVESTIGATION,** *et al.***,**

      **Defendants.**

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Federal Bureau of Investigation and United States Department of Justice (together, the "Government Defendants"), by and through undersigned counsel, hereby move for a 45-day extension of time, from December 26, 2023, to February 9, 2024, to answer or otherwise respond to the complaint. The Government Defendants offer the following in support of their motion:

### MEMORANDUM

1.    The complaint in this case was filed on September 20, 2023, and the Government Defendants were served on October 25, 2023. Accordingly, the current deadline for the Government Defendants to answer or otherwise respond to the complaint is December 26, 2023.

2. Undersigned counsel does not represent the defendants sued in their individual capacities, Christopher A. Wray and Merrick Garland. The docket does not indicate whether or when the two individual defendants were served in this case.

3. The Government Defendants plan to move to dismiss the complaint, and undersigned counsel has begun to prepare that motion. However, due to long-planned holiday travel and the press of business in other matters, including January briefing deadlines in other cases, counsel requires additional time to prepare the Government Defendants' anticipated motion. Accordingly, the Government Defendants respectfully request a 45-day extension of time, from December 26, 2023, to February 9, 2024, to answer or otherwise respond to the complaint.

4. Pursuant to Local Rule 7.1(B), undersigned counsel attempted to confer with Plaintiffs' counsel by email and telephone more than 24 hours before filing this motion. Specifically, on December 13, 2023, undersigned counsel emailed Plaintiffs' counsel to inquire whether Plaintiffs would consent to a 45-day extension of time for the Government Defendants to answer or otherwise respond to the complaint. Plaintiffs' counsel replied to that email and requested that undersigned counsel call him to confer by telephone. Undersigned counsel then attempted multiple times to reach Plaintiffs' counsel by telephone but was unsuccessful. Undersigned counsel also emailed Plaintiffs' counsel and asked him to let her know when he was free for a call but has received no response to that email. Therefore, the

Government Defendants have been unable to ascertain Plaintiffs' position on this motion.

Dated: December 18, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney (N.Y. Bar)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Counsel for the Government Defendants*